IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODERICK DEVAR SCALLION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-17-0992-C |
| ) | |
| DAVID RICHARDSON, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on November 30, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 12) of the Magistrate Judge is adopted and the Plaintiff's claim against Defendant Roger Patty is dismissed. The case is recommitted to Magistrate Goodwin consistent with the original Order of Referral.

IT IS SO ORDERED this 4th day of January, 2018.

ROBIN J. CAUTHRON
United States District Judge